1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  BENJAMIN BURTON, JEANETTE        )   No. 5:19-cv-02338-CJC-KK
    BURTON, and SYLVESTER            )
13  BROOKS,                          )   Hon. Cormac J. Carney
                                     )
14               Plaintiffs,         )
                                     )
15  vs.                             )   [PROPOSED] JUDGMENT
                                     )
16  MORENO VALLEY POLICE             )
    DEPARTMENT, UNKNOWN              )
17  MAORENO VALLEY POLICE            )
    OFFICERS AND OTHER MORENO        )
18  VALLEY POLICE DEPARTMENT         )
    EMPLOYEES AND DOES 1-50,         )
19                                   )
                                     )
20               Defendants.         )
    _____ )

21

22        On May 13, 2020, after full consideration of Defendant County of

23  Riverside's unopposed motion to dismiss Plaintiff's First Amended Complaint, the

24  Court granted the motion to dismiss and dismissed with prejudice Plaintiffs'

25  claims against the County of Riverside, the "Moreno Valley Police Department,"

26  the Riverside County Sheriff's Department, and the City of Moreno Valley.

27

28  ///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows: that judgment be entered in favor of Defendants; that Plaintiffs' recover nothing; that the action be dismissed on the merits; that Defendant County of Riverside is entitled to recover costs of suit in accordance with the Local Rules and *Fed. R. Civ. P.* Rule 54; and that any attorney's fees to which the Defendant County of Riverside is entitled is reserved and may be determined by the Court at a further hearing.

DATED _____May 18, 2020_____

Cormac J. Carney
United States District Court Judge

[PROPOSED] JUDGMENT